**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**David TORRADO, Defendant—
Appellant.**

**No. 05–10297.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 14, 2006.

Kimberly M. Frayn, Esq., Las Vegas, NV, for United States of America.

Mario Valencia, Henderson, NV, for David Torrado.

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

David Torrado appeals from his guilty-plea conviction and 87–month sentence for escape from federal custody in violation of 18 U.S.C. § 751(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Torrado has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

Counsel's motion to withdraw is GRANTED and the appeal is DISMISSED.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

